BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS MCALARY<br><br>Appellant(s)<br><br>Vs.<br><br>CASH CLOUD INC; & OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br><br>Appellee(s) | Case No.: 2:23-cv-01424-GMN<br>Appeals Reference No.: 23-19<br><br>(Consolidated With)<br><br>Case No. 2:23-cv-01427-GMN<br>Appeals Reference No.: 23-20<br><br>Case No. BK-23-10423-mkn<br>Chapter 11 |
| CHRIS MCALARY<br><br>Appellant(s)<br><br>vs.<br><br>CASH CLOUD INC; & OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br><br>Appellee(s) | **STIPULATION AND PROPOSED ORDER REGARDING RESPONSE DEADLINE IN CONNECTION WITH MOTION FOR CERTIFICATION OF APPEALS TO THE UNITED STATES COURT OF APPEALS FOR NINTH CIRCUIT [FED. R. BANKR. PROC. 8006]** |

1

150972469.2

Cash Cloud, Inc. ("Cash Cloud"), by and through its counsel Fox Rothschild LLP, and the Official Committee of Unsecured Creditors (the "Committee" and, together with Cash Cloud, the "Appellees"), by and through its counsel Seward & Kissel LLP, and Chris McAlary ("Appellant" and, together with Appellees, the "Parties"), by and through his counsel Carlyon Cica Chtd., stipulate and agree as follows (the "Stipulation"):

**RECITALS**

A.   WHEREAS, on October 20, 2023, Appellant filed the *Motion for Certification of Appeals to the United States Court of Appeals for Ninth Circuit [Fed. R. Bankr. Proc. 8006]* [ECF No. 07] (the "Motion for Certification");

B.   WHEREAS, Appellees did not receive ECF service of the Motion for Certification, and assert that they received their first notice of the Motion on October 26, 2023;

C.   WHEREAS, under Fed. R. Bankr. P. 8006(f)(3), Appellees may file a response within 14 days after the Motion for Certification was served, and no other pleadings are to be filed in connection with such a request; and

D.   WHEREAS, Appellees have requested, and Appellant agrees, that Appellees have until November 9, 2023, to file any response to the Motion for Certification.

NOW, THEREFORE, IT IS STIPULATED AND AGREED that:

1.   The deadline for Appellees to file a response to the Motion for Certification is November 9, 2023.

2.   Following the filing of any response to the Motion for Certification (or the expiration of the November 9, 2023, deadline) the Motion for Certification shall be submitted for decision by the Court.

[Signatures to follow on the next page]

150972469.2

Dated this 31st day of October 2023.

**FOX ROTHSCHILD LLP**

By: */s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Cash Cloud, Inc.*

**SEWARD & KISSEL LLP**

By: */s/Robert J. Gayda*
    ROBERT J. GAYDA, ESQ.
    CATHERINE V. LOTEMPIO, ESQ.
    ANDREW J. MATOTT, ESQ.
    One Battery Park Plaza
    New York, NY 10004

and

**MCDONALD CARANO, LLP**
    RYAN J. WORKS, ESQ.
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, NV 89102
    *Counsel for The Official Committee of Unsecured Creditors*

**CARLYON CICA CHTD.**

By: */s/Candace C. Carlyon*
    CANDACE C. CARLYON, ESQ.
    Nevada Bar No. 2666
    DAWN M. CICA, ESQ.
    Nevada Bar No. 4565
    265 E. Warm Springs Road, Suite 107
    Las Vegas, NV 89119
    *Counsel for Chris McAlary*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: October 31, 2023